No. 562. DICKSON, WARDEN, v. CARMEN. C. A. 9th Cir. Certiorari denied. *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for petitioner. *Mason A. Bailey* for respondent.

No. 577. SHAVIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* and *Anna R. Lavin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 566. SKIBS A/S JOLUND v. AMERICAN SMELTING & REFINING Co. ET AL.; and

No. 567. BLACK DIAMOND STEAMSHIP CORP. v. AMERICAN SMELTING & REFINING Co. ET AL. The motions of Koninklijke Nederlandsche Reedersvereeniging (Royal Netherlands Shipowners' Association) et al. and the Britannia Steam Ship Insurance Association, Ltd., et al., for leave to file briefs, as *amici curiae,* are granted. The motions of the American Merchant Marine Institute, Inc., and Norges Rederforbund (the Norwegian Shipowners' Association) for leave to file briefs, as *amici curiae,* are granted. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit denied. *Warner Pyne* and *Dudley C. Smith* for petitioner in No. 566. *Daniel L. Stonebridge* and *John C. Crawley* for petitioner in No. 567. *Henry N. Longley* and *John W. R. Zisgen* for respondents. *Charles S. Haight* and *Charles S. Haight, Jr.* for Koninklijke Nederlandsche Reedersvereeniging et al.; *L. de Grove Potter* and *James J. Higgins* for the Britannia Steam Ship Insurance Association, Ltd., et al.; *Walter E. Maloney* for the American Merchant Marine Institute, Inc.; and *Eugene Underwood, Harold M. Kennedy* and *Hervey C. Allen* for Norges Rederforbund. Reported below: 269 F. 2d 68, 273 F. 2d 61.